# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| ABUNDANT LIFE CHRISTIAN CENTER OF LA MARQUE, INC. | § § § | |
| VS. | § § | CIVIL NO. 3:19-cv-00200 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | § § § | |

*On Removal from:*

### CAUSE NO. 19-CV-1036

| | | |
|---|---|---|
| **ABUNDANT LIFE CHRISTIAN CENTER OF LA MARQUE, INC.** | § § § | **IN THE DISTRICT COURT** |
| VS. | § § | **GALVESTON COUNTY, TEXAS** |
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY** | § § | **56TH JUDICIAL DISTRICT** |

## EXHIBIT 5

## DOCKET SHEET IN STATE COURT CASE

## Case Information

19-CV-1036 | Abundant Life Christian Centers of La Marque, Inc. vs. Philadelphia Indemnity Insurance Company, Et Al

| | | |
|---|---|---|
| Case Number<br>19-CV-1036 | Court<br>56th District Court | Judicial Officer<br>Cox, Lonnie |
| File Date<br>06/06/2019 | Case Type<br>Contract - Debt - Commercial/Consumer | Case Status<br>Active |

## Party

**Plaintiff**
Abundant Life Christian Centers of La Marque, Inc.

Address
601 Delaney Road
La Marque TX 77568

Active Attorneys ▼
Lead Attorney
Christoffel, David A.
Retained

**Defendant**
Philadelphia Indemnity Insurance Company

Address
Registered Agent, CT Corporation System
1999 Bryan Street, Suite 900
Dallas TX 75201-3136

Active Attorneys ▼
Lead Attorney
Pilat, William R.
Retained

## Events and Hearings

06/06/2019 Original Petition - OCA ▼

Petition and Request for Disclosures.pdf

> Comment
> Petition and Request for Disclosures. Fee due for Jury Demand. Fee paid for 2 Citations by C/M; Assigned to R.G.

06/06/2019 Request for Civil Service ▼

Request for Civil Service

> Comment
> Fee paid for 2 citations by C/M; Assigned to R.G.

06/06/2019 Status Conference Sheet ▼

Status Conference Sheet

> Comment
> Emailed to Atty.

06/06/2019 Receipt Acknowledge ▼

Receipt Acknowledge

> Comment
> Emailed Status Conf. Sheet to Atty.

06/07/2019 Citation by Certified Mail Issuance - Work Product ▼

Citation by Certified Mail Issuance - Work Product

> Comment
> Issued 1 citation @ $8.00 along with S/C sheet Mailed by C/M mail/RG

06/07/2019 Citation by Certified Mail Issuance - Work Product ▼

Citation by Certified Mail Issuance - Work Product

> Comment
> Issued 1 citation @ $8.00 along with S/C sheet Mailed by C/M mail/RG

06/11/2019 Notice - From Court of Setting Date ▼

Notice - From Court of Setting Date

| Judicial Officer | Comment |
|---|---|
| Cox, Lonnie | 08/29/2019 at 9:30 am / Status Conference |

06/13/2019 Citation and Return ▼

### 06/13/2019 Original Answer ▼

Defendant's Original Answer.pdf

Comment
Defendant's Original Answer

### 06/17/2019 Designation of Attorney of Record ▼

Philadelphia's Designation of Additional Counsel - Abundant.pdf

Comment
Defendant's Designation of Additional Counsel

### 06/17/2019 Notice of Non Suit - Partial ▼

Notice of Nonsuit as to Defendant Paul R. White & Co., Inc..pdf

Comment
Plaintiff's Notice of Nonsuit as to Defendant Paul R. White & Co., Inc.

### 08/29/2019 Status Conference ▼

Judicial Officer
Cox, Lonnie

Hearing Time
9:30 AM

## Financial

Abundant Life Christian Centers of La Marque, Inc.
 Total Financial Assessment       $494.00
 Total Payments and Credits       $494.00

| | | | | |
|---|---|---|---|---|
| 6/6/2019 | Transaction Assessment | | | $492.00 |
| 6/6/2019 | Payment | Receipt # 2019-23516-DC | Abundant Life Christian Centers of La Marque, Inc. | ($492.00) |

| Date | Type | Receipt | Party | Amount |
|---|---|---|---|---|
| 6/17/2019 | Transaction Assessment | | | $2.00 |
| 6/17/2019 | Payment | Receipt # 2019-25138-DC | Abundant Life Christian Centers of La Marque, Inc. | ($2.00) |

**Philadelphia Indemnity Insurance Company**
  Total Financial Assessment                    $4.00
  Total Payments and Credits                    $4.00

| Date | Type | Receipt | Party | Amount |
|---|---|---|---|---|
| 6/13/2019 | Transaction Assessment | | | $2.00 |
| 6/13/2019 | Payment | Receipt # 2019-24748-DC | Philadelphia Indemnity Insurance Company | ($2.00) |
| 6/17/2019 | Transaction Assessment | | | $2.00 |
| 6/17/2019 | Payment | Receipt # 2019-25113-DC | Philadelphia Indemnity Insurance Company | ($2.00) |

## Documents

Petition and Request for Disclosures.pdf

Request for Civil Service

Status Conference Sheet

Receipt Acknowledge

Citation by Certified Mail Issuance - Work Product

Citation by Certified Mail Issuance - Work Product

Notice - From Court of Setting Date

Citation and Return

Defendant's Original Answer.pdf

Philadelphia's Designation of Additional Counsel - Abundant.pdf

Notice of Nonsuit as to Defendant Paul R. White & Co., Inc..pdf